## I. B. WOOTAN v. THE STATE.

### No. 8038. Decided January 2, 1924.

**Unlawful Manufacture of Intoxicating Liquor—Sufficiency of the Evidence.**

Where, upon trial of unlawfully manufacturing intoxicating liquor, the evidence is sufficient to sustain the conviction there is no reversible error.

Appeal from the District Court of Llano. Tried below before the Honorable J. H. McLean.

Appeal from a conviction of unlawful manufacture of intoxicating liquor; penalty, five years imprisonment in the penitentiary.

Opinion states the case.

No brief on file for appellant.

*Tom Garrard* and *Grover C. Morris,* Assistants Attorney General, for the State.

HAWKINS, JUDGE.—Conviction is for the unlawful manufacture of intoxicating liquor. Punishment, five years in the penitentiary.

There are no bills of exception in the record. Appellant offered no testimony whatever. The evidence for the State leaves no question of appellant's guilt. The sheriff arrested him at his residence, he being intoxicated at the time. Whisky and mash were found there. In and near the house was found a still, and a witness testified for the State that he had helped appellant make whisky.

The judgment is affirmed.

*Affirmed.*